UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ, | No. 2:23-cv-01449-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. OSMAN, *et al*., | |
| Defendants. | |

Plaintiff, a state prisoner at California Medical Facility, has filed a motion for preliminary injunction and temporary restraining order. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be disregarded. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed *in forma pauperis* or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1. Plaintiff's motion for preliminary injunction and temporary restraining order, ECF No. 1, is disregarded.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the filing fee in the amount of $402.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed *in forma pauperis* by a prisoner.

IT IS SO ORDERED.

Dated:   July 28, 2023                                 _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE

---

[2] The $402.00 is comprised of the $350.00 filing fee and a $52.00 administrative fee. If plaintiff is granted leave to proceed *in forma pauperis*, plaintiff is not required to pay the $52.00 administrative fee.