UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>M. OSMAN, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-01449-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE JANUARY 12, 2024 FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 13<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

Plaintiff has filed a motion for an extension of time to file objections to the January 12, 2024 findings and recommendations. ECF No. 13. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 13, is granted.

    2. Plaintiff is granted thirty days from the date of this order to file objections to the January 12, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:   February 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE