UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>M. OSMAN, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-01449-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 22<br><br>AMENDED COMPLAINT DUE WITHIN FOURTY-FIVE DAYS |

Plaintiff has filed a fourth motion for an extension of time to file an amended complaint. ECF No. 22. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 22, is granted.

    2. Plaintiff is granted forty-five days from the day of this order's issuance to file an amended complaint.

    3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:   June 21, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE