UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>             Plaintiff,<br><br>       v.<br><br>M. OSMAN, *et al.*,<br><br>             Defendants. | Case No.  2:23-cv-1449-DAD-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with two requests for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his applications for leave to proceed *in forma pauperis* on the form used by this district.  Accordingly, plaintiff will be provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed *in forma pauperis*.  Plaintiff's failure to comply with this order will result

1

in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   November 27, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE