UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>M. OSMAN, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1449-DAD-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the April 29, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 39, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 29, 2025 findings and recommendations.

IT IS SO ORDERED.


Dated:    May 28, 2025                                    _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE

1