UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M. OSMAN, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-1449-DAD-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 42, is GRANTED in part; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:   June 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1