UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M. OSMAN, *et al*.,<br><br>    Defendants. | Case No.  2:23-cv-1449-DAD-JDP (P)<br><br>ORDER |

Plaintiff has filed a second request for an extension of time to file objections to the April 29, 2025 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 45, is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 29, 2025 findings and recommendations. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   July 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1