UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ENRIQUE DIAZ,

Plaintiff,

v.

M. OSMAN, et al.,

Defendants.

No.  2:23-cv-01449-DAD-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, AND DENYING IFP APPLICATION

(Doc. Nos. 35, 37, 38)

Plaintiff Miguel Enrique Diaz is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for preliminary injunctive relief (Doc. No. 37) be denied. (Doc. No. 38.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 29, 2025 (Doc. No. 38) are adopted in full;

2. Plaintiff's motion for a temporary restraining order and for a preliminary injunction (Doc. No. 37) is denied;

3. For the reasons explained in the magistrate judge's April 18, 2025 order (Doc. No. 36), plaintiff's January 16, 2025 motion to proceed *in forma pauperis* (Doc. No. 35) is also denied; and

4. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:     **March 19, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2