UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ, | Case No. 2:23-cv-1449-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| M. OSMAN, *et al*., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations issued on February 18, 2026. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 56, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the February 18, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:    March 20, 2026                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

1