UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ENRIQUE DIAZ,

Plaintiff,

v.

M. OSMAN, et al.,

Defendants.

Case No. 2:23-cv-1449-DAD-JDP (P)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND

(Doc. No. 51)

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On February 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with court orders and failure to prosecute after plaintiff failed to file an amended complaint as directed by the magistrate judge's November 13, 2025 order. (Doc. No. 51.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2–3.) Although granted an additional thirty (30) days to do so and being denied another sixty (60) days

/////

extension of time, plaintiff has still not filed objections to the findings and recommendations or an amended complaint and the time in which to do so has long since passed.

The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly:

1. The findings and recommendations filed February 18, 2026 (Doc. No. 51), are adopted in full;
2. This action is DISMISSED without prejudice due to plaintiff's failure to comply with court orders and failure to prosecute for the reasons set forth in the magistrate judge's November 13, 2025 order (Doc. No. 48); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE